AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE    DISTRICT OF    PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | **CASE NUMBER:** CR98-013(JAF) |
| **JUAN RAMOS-RIOS** | |

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| February 28th, 2007 | *s//Scott H. Anderson* |
| Date | **AUSA SCOTT H. ANDERSON** |
| | **USDC #20014** |
| | Torre Chardón, Room #1201 |
| | 350 Carlos Chardón Ave. |
| | San Juan, Puerto Rico 00918 |
| | (787) 766-5656 |

### CERTIFICATE OF SERVICE

I hereby certify that on February 28th, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system.

*s//Scott H. Anderson*
**AUSA SCOTT H. ANDERSON**
**USDC #20014**
Assistant U.S. Attorney